In the Matter of the Application of ISIDOR FELDMAN, Petitioner, Respondent, to Direct the BOARD OF ELECTIONS IN THE CITY OF NEW YORK to Accept for Filing the Nominating Petitions of ISIDOR FELDMAN for the Office of Councilman, Borough of the Bronx, City of New York, Appellants.

First Department, October 27, 1937.

*Leonard M. Wallstein, Jr.,* of counsel, for the appellants.

*Leopold V. Rossi* of counsel, for the respondent.

PER CURIAM. The proof fully establishes that the petition was not filed within the time provided by law. In the absence of an adequate excuse shown for non-compliance, especially in view of the long delay in seeking judicial relief and the serious consequences resulting therefrom, the Special Term should not have exercised its discretion in favor of the petition.

The order should be reversed and the motion denied.

Present — MARTIN, P. J., TOWNLEY, UNTERMYER, COHN and CALLAHAN, JJ.

Order unanimously reversed and the motion denied.